USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE ROYALTY NETWORK INC.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　08 Civ. 8558 (SHS)
　　　　　　　　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
　　　　　　-against-　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
DISHANT.COM, LLC; DISHANT G. SHAH;　　　　:
MEETA SHAH; C I HOSTING, INC., and　　　　　:
PROPAGATION NETWORKS, INC.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　　In light of this Court's Opinion and Order dated July 29, 2009 dismissing this action for lack of personal jurisdiction over defendants Dishant.com, LLC, Dishant G. Shah, and Meeta Shah, the Court's previous Order dated January 26, 2009 [19] directing defendant Dishant.com, LLC to appear through counsel is vacated as moot.

Dated: New York, New York
　　　　　July 29, 2009

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.